**David BROWN, Jr., Appellant,**

v.

**DISTRICT OF COLUMBIA, Appellee.**

No. 2384.

Municipal Court of Appeals for the District of Columbia.

Submitted May 11, 1959.

Decided July 28, 1959.

John J. Dwyer, Washington, D. C., for appellant.

Chester H. Gray, Corporation Counsel, Milton D. Korman, Principal Asst. Corporation Counsel, Hubert B. Pair, Asst. Corporation Counsel, and Richard W.

Barton, Asst. Corporation Counsel, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

After a trial by the court appellant was found to be the father of a child born out of wedlock and ordered to pay $6.00 a week for its support. On this appeal the only contention raised is that the evidence does not support the court's decision. We have carefully examined the record and find substantial evidence to support the finding of paternity.

Affirmed.